■ In the Matter of the Claim of GEORGE MICHAELS, Respondent, v VILLAGE OF JOHNSON CITY et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed March 23, 1979. Substantial evidence supports the finding that claimant's disability is compensable as the result of a work-related accident. In attacking the board's determination, the self-insured employer criticizes the testimony of claimant's expert medical witness and maintains that claimant did not sustain a myocardial infarction following strenuous efforts while fighting a fire on November 29, 1977. While the validity of the opinion given by that witness was questioned on cross-examination, he clearly stated the reasons for his view and it was for the board to decide whether it should be accepted. The opinion he expressed was not speculative (cf. *Matter of Beltran v Allied Maintenance Corp.,* 45 AD2d 795) and the board was free to prefer it over the contrary medical evidence developed by the employer *(Matter of Currie v Town of Davenport,* 37 NY2d 472). Decision affirmed, with one bill of costs to respondents filing briefs. Mahoney, P. J., Greenblott, Sweeney, Kane and Casey, JJ., concur.